# EXHIBIT "B"

Case 4:22-cv-00024-REP   Document 1-3   Filed 01/19/22   Page 1 of 4

## Case Information

CV10-21-6979 | The TeleSpam Project LLC Plaintiff, vs. LoanMe LLC Defendant.

| | | |
|---|---|---|
| Case Number<br>CV10-21-6979 | Court<br>Bonneville County Magistrate Court | Judicial Officer<br>Woolf, Andrew Robert |
| File Date<br>11/29/2021 | Case Type<br>A- All Initial Case Filings in Magistrate (ex. B,C,D,G, H2) | Case Status<br>Active - Pending |

## Party

Plaintiff
The TeleSpam Project LLC

Active Attorneys ▼
Lead Attorney
Avondet, John Michael
Retained

Defendant
LoanMe LLC

## Events and Hearings

11/29/2021 New Case - Magistrate Civil

| | |
|---|---|
| 11/29/2021 | Civil Case Information Sheet |

11/29/2021 Complaint Filed ▼

   Comment
   and Jury Demand

11/29/2021 Summons Issued

12/29/2021 Notice of Remote Hearing ▼

   Comment
   2/2/22

01/04/2022 Affidavit / Return of Service

02/02/2022 Scheduling Conference ▼

Judicial Officer
Woolf, Andrew Robert

Hearing Time
9:00 AM

# Financial

The TeleSpam Project LLC
    Total Financial Assessment                                     $166.00
    Total Payments and Credits                                   $166.00

| | | | | |
|---|---|---|---|---|
| 11/29/2021 | Transaction Assessment | | | $166.00 |
| 11/29/2021 | EFile Payment | Receipt # 35124-2021-R10 | The TeleSpam Project LLC | ($166.00) |